FILED
2025 May-29 PM 05:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

## Gregory Guenther, Financial Planner

| | |
|---|---|
| **From:** | Gregory Guenther, Financial Planner |
| **Sent:** | Wednesday, October 2, 2024 8:56 PM |
| **To:** | Jeremy Byers; Matthew Whitten |
| **Cc:** | Anthony Caputo, Financial Planner |
| **Subject:** | Re: OFFICIAL NOTIFICATION: Termination Notice |

After ten years of working together, this is quite surprising and disappointing.  Aside from business, we would have expected more from the both of you as people that we considered to be friends.

We have always maintained professional relationships and when things needed to move in another direction, we proceeded amicably. This email is akin to an impersonal corporate downsizing, not one from a family business with a decade long relationship.

Despite the strong-handed and clear approach we still think it's beneficial to resolve things in amicable fashion. Thoughts?

Thanks,

Greg & Anthony


> On Oct 2, 2024, at 12:29 PM, Jeremy Byers <jeremy@unitedbenefits.com> wrote:
>
> All,
>
> Unfortunately it has become apparent that the business interests between United Benefits and the Jersey Benefits Team (JBT) are no longer aligned.
>
> Effective immediately United Benefits is terminating the relationship with all parties of JBT.  The JBT team access to all UB systems has been revoked and will no longer be available.  All Federal Union account access has been rescinded and both National Union Offices have been appropriately notified.
>
> At this time all earned commissions will remain intact and payable as long as the agent(s) remains in good standing and doesn't act in direct conflict to United Benefits, it's union relationships, or its clients. If any further violation with respect to United Benefits agent agreement occurs future payable commissions may be cancelled.
>
> If anyone has any questions we are willing to set up a phone call.
>
> --
> **Jeremy Byers**

**United Benefits**

3295 County Road 47

Florence, AL 35630

Office: 866-558-2121

Fax: 205-449-7787

jeremy@unitedbenefits.com

www.unitedbenefits.com

Schedule A Meeting

2